# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON, | CV F   04 5877 AWI SMS P |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION TO AMEND (Doc. 11.) |
| W. HILL, Corrections Lt., | |
| Defendants. | |

    Dewayne Thompson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant action on June 22, 2004.  On June 13, 2005, Plaintiff filed a Motion to Amend his complaint.  Plaintiff states that he wishes to add the "elites" of the California Department of Corrections.

    Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires.  Fed. R. Civ. Pro. 15(a).  In this case, a responsive pleading has been served.  Therefore, plaintiff may not file an amended complaint without leave of the court.

    In this case, the case is still in the initial screening stage and there has been no responsive pleading filed by the Defendants.  Thus, Plaintiff may amend his Complaint without leave of

court. However, Plaintiff is reminded that he must have exhausted his administrative remedies prior to filing suit under 42 U.S.C. § 1997e(a). Further, Plaintiff is advised that Local Rule 15-220 requires that an Amended Complaint be complete in itself without reference to any prior pleading. As a general rule, an Amended Complaint supersedes the original Complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once an Amended Complaint is filed, the original Complaint no longer serves any function in the case. Therefore, in an Amended Complaint, as in an original Complaint, each claim and the involvement of each Defendant must be sufficiently alleged. The Amended Complaint should be clearly and boldly titled "AMENDED COMPLAINT," reference the appropriate case number, and be an original signed under penalty of perjury.

Accordingly, the Court HEREBY ORDERS:

1. The Motion to Amend is DISREGARDED.

IT IS SO ORDERED.

Dated:   **June 21, 2005**                             **/s/ Sandra M. Snyder**
icido3                                                   UNITED STATES MAGISTRATE JUDGE