# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>          Plaintiff,<br><br>     v.<br><br>W. HILL,<br><br>          Defendant.<br>_____/ | 1:04-CV-05877-AWI-SMS-P<br><br>ORDER VACATING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS (Doc. 22) |

    Dewayne Thompson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On January 23, 2007, Magistrate Judge Sandra M. Snyder issued findings and recommendations to District Judge Anthony W. Ishii, recommending that this action be dismissed for Plaintiff's failure to exhaust administrative remedies prior to filing suit.

    On February 2, 2007, Plaintiff filed objections to the findings and recommendations. Although Plaintiff concedes that he did not exhaust his administrative remedies prior to filing suit, he alleges he was prevented from completing the grievance process at the prison by officials who did not respond in a timely manner to his 3-level appeal. Plaintiff argues that the requirement for exhaustion of administrative remedies was waived by the prison when prison officials failed to give a timely response.

1

1   Due to Plaintiff's objections, the findings and recommendations of January 23, 2007,
2   shall be vacated. In light of the fact that failure to exhaust administrative remedies is an
3   affirmative defense, defendant shall have an opportunity to plead the defense.
4   Accordingly, IT IS HEREBY ORDERED that:
5   1.   The Magistrate's Findings and Recommendations, filed on January 23, 2007, is
6        VACATED in its entirety; and
7   2.   The complaint will be screened in due course.
8   IT IS SO ORDERED.
9   **Dated:   May 17, 2007**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE